BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **WILLIAM W. COPELAND** | ) | **Case No. CIV-08-2464 CMK** |
| | ) | |
| | ) | |
| | ) | **STIPULATION AND ORDER** |
| **Plaintiff,** | ) | **EXTENDING PLAINTIFF'S TIME TO** |
| | ) | **FILE MEMORANDUM IN SUPPORT** |
| **v.** | ) | **OF SUMMARY JUDGMENT** |
| | ) | |
| **MICHAEL J. ASTRUE** | ) | |
| **Commissioner of Social Security** | ) | |
| **of the United States of America,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with

the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment

in this case is hereby extended from May 4, 2009, to June 19, 2009. This is Plaintiff's first extension

and is required due to Plaintiff's counsel's extremely heavy briefing schedule through mid June of

2009.


/ / / /

/ / / /

/ / / /

1

Dated: May 4, 2009

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff


Dated: May 4, 2009

Lawrence G. Brown

Acting United States Attorney

/s/ *Shea Lita Bond*
SHEA LITA BOND

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.


DATED: May 6, 2009

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE