1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| WILLIAM W. COPELAND, | ) | Case No. CIV-08-2464 CMK |
|---|---|---|
| Plaintiff, | ) ) ) ) | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE Commissioner of Social Security of the United States of America, | ) ) ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from June 19, 2009, to July 31, 2009. This extension is required due to the fact that Plaintiff's counsel's will be in Los Angeles, California at a funeral.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: June 16, 2009 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: June 16, 2009 | Lawrence G. Brown <br> Acting United States Attorney |
| | */s/ Shea Lita Bond* <br> SHEA LITA BOND <br> Special Assistant U.S. Attorney <br> Social Security Administration |
| | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: June 24, 2009

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2