BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM W. COPELAND, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, **Commissioner of Social Security of the United States of America**, <br><br> Defendant. | Case No. CIV-08-2464 CMK <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from July 31, 2009 to September 28, 2009. This extension is required due to plaintiff's counsel's overwhelming briefing schedule and inability to complete Mr. Copeland's brief prior to September 18, 2009.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 31, 2009 | */s/Bess M. Brewer* |
| 3 | | BESS M. BREWER<br>Attorney at Law |
| 4 | | Attorney for Plaintiff |
| 5 | | |
| 6 | | |
| 7 | Dated: July 31, 2009 | Lawrence G. Brown |
| 8 | | Acting United States Attorney |
| 9 | | */s/ Shea Lita Bond*<br>SHEA LITA BOND |
| 10 | | Special Assistant U.S. Attorney<br>Social Security Administration |
| 11 | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: August 5, 2009

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2