IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM W. COPELAND, | No. CIV S-08-2464-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On August 6, 2009, the court approved Plaintiff's stipulation extending the time for filing a motion for summary judgment to September 28, 2009. However, by November 10, 2009, no motion for summary judgment had been filed. The court then issued an order to show cause why this action should not be dismissed for Plaintiff's failure to file a dispositive motion.

Plaintiff responded to the order to show cause by filing a response with a request for additional time due to counsel's excusable neglect. Counsel indicated that opposing counsel has no objection to the late filed motion. In addition, the required dispositive motion has now been filed.

1

1 | Good cause appearing therefor, the order to show cause is discharged, and
2 | Plaintiff's motion for summary judgment is deemed properly filed.
3 |     IT IS SO ORDERED.

DATED: December 15, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE